UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROBYN JUOLA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:15-CV-00295-MC<br><br><br>ORDER OF REMAND AND JUDGMENT |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a new hearing, further develop the record, and issue a new decision. The ALJ will obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on Plaintiff's occupational base (20 C.F.R. §§ 404.1566, 416.966), and to identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and its companion publication, the Selected Characteristics of Occupations (Social Security Ruling 00-4p).

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

///

///

///

Page 1    ORDER OF REMAND AND JUDGMENT - [3:15-CV-00295-MC]

JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this __13__ day of __Jan__, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3858

Page 1    ORDER OF REMAND AND JUDGMENT - [3:15-CV-00295-MC]